1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:    415-442-4810
5  Facsimile:    415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS,              | Case No. 5:23-cv-01073-BLF |
12 |        Plaintiff,                | **DECLARATION OF GRAHAM M. HELM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
13 |    v.                            | |
14 | NXP SEMICONDUCTORS,              | Date:    November 2, 2023
                                        Time:    9:00 a.m.
15 |        Defendant.                | Location: Via Remote Appearance
                                                    Courtroom 3, San Jose Courthouse
16
17 |                                  | Complaint Filed: March 9, 2023
                                        Trial Date:    None Set
18                                      Judge:    Hon. Beth L. Freeman

**DECLARATION OF GRAHAM M. HELM**

1. I, Graham M. Helm, declare as follows:

2. I am an attorney licensed to practice before all of the Courts of the State of California, and an attorney at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for defendant NXP USA, Inc. (erroneously sued as NXP SEMICONDUCTORS) ("NXP USA" or "defendant") in this action. I have personal knowledge of all of the facts set forth below, and if called upon to testify to the same, I could and would do so competently and truthfully.

3. I make this declaration in support of Defendant's Motion to Dismiss Plaintiff Antoinette Dickens' Complaint.

4. On May 9, 2023, I accessed the State of Delaware, Department of State Division of Corporation website, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx. I performed a business entity search for "NXP USA, Inc.", clicked on the search result for the entity name "NXP USA, Inc.," and then printed the webpage of the entity details for NXP USA, Inc. Attached as **Exhibit 2** to Defendant's Request for Judicial Notice in Support of the Motion filed concurrently herewith is a true and correct copy of the webpage entity details for NXP USA, Inc. that I accessed and printed.

5. On May 9, 2023, I accessed the State of California, Office of the Secretary of State website, https://bizfileonline.sos.ca.gov/search/business. Using the Business Search, I performed a search for "NXP USA, Inc.", clicked on the search result for the entity name "NXP USA, Inc.," and then download the Statement of Information, filed February 20, 2023. Attached as **Exhibit 3** to Defendant's Request for Judicial Notice in Support of the Motion filed concurrently herewith is a true and correct copy of NXP USA, Inc.'s Statement of Information, filed February 20, 2023, that I accessed and downloaded.

6. On May 9, 2023, I accessed the Federal Republic of Germany's Company Register website, https://www.unternehmensregister.de/ureg/index.html?dest=ureg&language=en. Using the Quick search, I performed a search for "NXP Semiconductors Germany GmbH", clicked on the "Register information of the registration court" for the entity named "NXP Semiconductors

1  Germany GmbH", clicked on the "Display registration information" and then downloaded "current
2  hard copy printout" of the current registration content.  Attached as **Exhibit 4** to Defendant's
3  Request for Judicial Notice in Support of the Motion filed concurrently herewith is a true and
4  correct copy of NXP Semiconductors Germany GmbH's Registration Information that I accessed
5  and downloaded.  Attached as **Exhibit 5** to Defendant's Request for Judicial Notice in Support of
6  the Motion filed concurrently herewith is a true and correct copy of NXP Semiconductors Germany
7  GmbH's Registration Information translated into English with the translation certification.
8         7.     On May 11, 2023, I accessed the Delaware Secretary of State's Entity Search
9  webpage, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.  Using the Entity
10 Search, I performed a search for "NXP Semiconductors Germany" and printed the search results.
11 Attached as **Exhibit 6** to Defendant's Request for Judicial Notice in Support of the Motion filed
12 concurrently herewith is a true and correct copy of the Entity Search results for "NXP
13 Semiconductors Germany" that I printed.
14         8.     On May 11, 2023, I accessed the State of California, Office of the Secretary of State
15 webpage, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.  Using the Business
16 Search, I performed a search for "NXP Semiconductors Germany" and printed the search results.
17 Attached as **Exhibit 7** to Defendant's Request for Judicial Notice in Support of the Motion filed
18 concurrently herewith is a true and correct copy of the Business Search results for "NXP
19 Semiconductors Germany" that I printed.
20         9.     On May 22, 2023, I accessed and printed excerpts of the United States Securities
21 and Exchange Form 10-K for NXP Semiconductors N.V., filed on March 1, 2023 ("SEC Form 10-
22 K), from the SEC Edgar Company Search website,
23 https://www.sec.gov/Archives/edgar/data/1413447/000141344723000006/nxpi-20221231.htm.
24 Attached as **Exhibit 8** to Defendant's Request for Judicial Notice in Support of the Motion filed
25 concurrently herewith is a true and correct copy of the SEC Form 10-K that printed.
26         10.    On May 11, 2023, I also accessed and printed out the SEC Form 10-K Exhibits
27 10.13, 10.14, 10.15, and 21.1, which were hyperlinked to the SEC Form 10-K.  Attached as
28 **Exhibits 9-12** to Defendant's Request for Judicial Notice in Support of the Motion filed

1  concurrently herewith are true and correct copies of the SEC Form 10-K Exhibits 10.13, 10.14,
2  10.15, and 21.1 that I printed.
3      11.     Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of the
4  Declaration of Annekathrin Wilkens filed concurrently herewith has been obtained from signatory
5  Annekathrin Wilkens.
6      I declare under penalty of perjury under the laws of the United States and of the State of
7  California that the foregoing is true and correct, and that this declaration was executed on May 22,
8  2023, at San Francisco, California.

*[signature]*

Graham M. Helm

56100512.v1-OGLETREE