1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:   415-442-4810
5  Facsimile:   415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS, | Case No. 5:23-cv-01073-BLF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| NXP SEMICONDUCTORS, | Date:     November 2, 2023<br>Time:     9:00 a.m.<br>Location: Via Remote Appearance<br>          Courtroom 3, San Jose Courthouse |
| Defendant. | |
| | Complaint Filed: March 9, 2023<br>Trial Date:       None Set<br>Judge:            Hon. Beth L. Freeman |

# [PROPOSED] ORDER

Defendant NXP USA, Inc.'s (erroneously sued as NXP Semiconductors) Motion to Dismiss Plaintiff Antoinette Dickens' Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, came before the Court on November 2, 2023.  The Court, having considered the pleadings and the authorities submitted by counsel, and having reviewed the exhibits, and good cause appearing, hereby GRANTS Defendant's Motion and ORDERS that Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

Hon. Beth L. Freeman
United States District Court Judge

56100530.v1-OGLETREE