1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA 94111
   Telephone:   415-442-4810
5  Facsimile:   415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS, | Case No. 5:23-cv-01073-BLF |
12 |   Plaintiff, | **DECLARATION OF PHILIPPE MONTILLET IN SUPPORT OF DEFENDANT NXP USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BASED ON *FORUM NON CONVENIENS*** |
13 |   v. | |
14 | NXP SEMICONDUCTORS, | |
15 |   Defendant. | |
16 | | Date:     November 2, 2023 |
   | | Time:     9:00 a.m.
17 | | Location: Via Remote Appearance
   | |           Courtroom 3, San Jose Courthouse
18
19 | | Complaint Filed: March 9, 2023
   | | Trial Date:      None Set
20 | | Judge:           Hon. Beth L. Freeman

21
22
23
24
25
26
27
28

# DECLARATION OF PHILIPPE MONTILLET

I, Philippe Montillet, declare as follows:

1. I am over the age of 18 and am not personally named as a party to the above captioned litigation. I have personal knowledge of all of the facts set forth below, which are based on personal knowledge and/or review of the records created and maintained by NXP USA, Inc. in the regular course of business, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. I make this declaration in support of Defendant NXP USA, Inc.'s ("NXP USA") (erroneously sued as NXP Semiconductors) Motion to Dismiss Plaintiff's Complaint Based on *Forum Non Conveniens* filed concurrently herewith.

3. I am currently employed by NXP USA as Senior Director, Americas HR Regional Lead. In my capacity as Americas HR Regional Lead, I am generally responsible for oversight of human resources functions such as payroll, recruitment, hiring, and addressing a variety of employee issues.

4. I am familiar with the office locations of NXP USA, Inc.—all of which are located in the U.S. I work in the Austin, Texas office.

5. NXP USA creates, keeps, and maintains HR systems that include data and information for all of NXP USA's employees such as each employee's name, primary nationality, hire date, citizenship status, direct and indirect managers, employer entity, and work location. Entries are made in those HR systems at or near the time by individuals with knowledge of the information being entered, and are kept in NXP USA's regular course of business. I have reviewed those HR systems, which show Sherry Alexander was at all relevant times an employee of NXP USA, lived in Texas, and worked in NXP USA's offices in Texas. Those HR systems also show that no NXP USA employees work in any of NXP Semiconductors Germany GmbH's offices.

//
//
//
//

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct, and that this declaration was executed on this 18th day of May, 2023,
3  at Austin, Texas.

_____
Philippe Montillet

56430958.v1-OGLETREE