UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>    Plaintiff,<br><br>    v.<br><br>NXP SEMICONDUCTORS,<br><br>    Defendant. | Case No. 23-cv-01073-BLF<br><br>**ORDER STRIKING DEFENDANT NXP USA, INC.'S MOTIONS TO DISMISS FOR NONCOMPLIANCE WITH THE COURT'S STANDING ORDERS** |

On May 22, 2023, Defendant NXP USA, Inc. filed two motions to dismiss. ECF Nos. 18, 19. The Court STRIKES the motions for noncompliance with the Court's Standing Orders. One motion is 13 pages and the other is 15 pages, and the Court has a page limit of 25 pages for a motion to dismiss. *See* Standing Order Re Civil Cases § IV.A.1. Further, all footnotes must be double-spaced, and there should be no more than five footnotes per brief. *See id.* § IV.F. Defendant SHALL file a single motion to dismiss addressing all issues and in compliance with the Court's Standing Orders by May 26, 2023.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge