1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:   415-442-4810
5  Facsimile:    415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS,        | Case No. 5:23-cv-01073-BLF |
12 |         Plaintiff,         | **[PROPOSED] ORDER GRANTING DEFENDANT NXP USA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER F.R.C.P. 12(B)(6) AND** *FORUM NON CONVENIENS* |
13 |     v.                     | |
14 | NXP SEMICONDUCTORS,        | |
15 |         Defendant.         | Date:      November 2, 2023
                                   Time:      9:00 a.m.
16                                 Location:  Via Remote Appearance
                                              Courtroom 3, San Jose Courthouse
17
18                                 Complaint Filed: March 9, 2023
                                   Trial Date:      None Set
19                                 Judge:           Hon. Beth L. Freeman

# [PROPOSED] ORDER

Defendant NXP USA, Inc.'s (erroneously sued as NXP Semiconductors) Motion to Dismiss Plaintiff Antoinette Dickens' Complaint Under F.R.C.P. 12(b)(6) and *Forum Non Conveniens* came before the Court on November 2, 2023. The Court, having considered the pleadings and the authorities submitted by counsel, and having reviewed the exhibits, and good cause appearing, hereby GRANTS Defendant's Motion and ORDERS as follows:

- That Plaintiff's Complaint is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and/or
- That Plaintiff's Complaint is dismissed with prejudice pursuant to the doctrine of *forum non conveniens*.

**IT IS SO ORDERED.**

Dated: _____

Hon. Beth L. Freeman
United States District Court Judge

56389663.v1-Ogletree