1  VERNON C. GOINS II (SBN 195461)
   vgoins@goinslawfirm.com
2  WILLIAM W. CASTILLO GUARDADO (SBN 294159)
3  wcastillo@goinslawfirm.com
   LAW OFFICES OF VERNON C. GOINS
4  1970 Broadway, Suite 450
   Oakland, CA 94612
5  Telephone:    (510) 663-3700
6  Facsimile:    (510) 663-3710

7  PAMELA M. KEITH (D.C. Bar No. 448421)
   PamKeith@CenterforEmploymentJustice.onmicrosoft.com
8  CENTER FOR EMPLOYMENT JUSTICE
9  650 Massachusetts Ave. NW
   Suite 600
10 Washington, DC 20001
   Telephone:    (202) 800-0292
11 Facsimile:    (202) 807-5725
12 *Pro Hac Vice*

13 Attorneys for Plaintiff
   ANTOINETTE DICKENS
14

15

16 THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
17 GRAHAM M. HELM, CA Bar No. 316002
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
18 P.C. One Embarcadero Center, Suite 900
   San Francisco, CA  94111
19 (415) 442-4810
20 (415) 442-4870

21 Attorneys for Defendant
   NXP USA, INC. (erroneously sued as
22 NXP SEMICONDUCTORS)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>　　　　Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>　　　　Defendant. | Case No.: 5:23-cv-01073-BLF<br><br>**JOINT STIPULTION TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

Plaintiff ANTOINETTE DICKENS ("Plaintiff") and defendant NXP USA, INC. (erroneously sued as NXP SEMICONDUCTORS) ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss on May 22, 2023, and

WHEREAS, Defendant's Motion to Dismiss was striken for non-compliance with Court orders; and

WHEREAS, Defendant refiled its Motion to Dismiss on May 26, 2023; and

WHEREAS, per Fed.R.Civ.P. 4.01, Plaintiff's response is due on June 9, 2023; and

WHEREAS, in accordance with Civil Local Rule 6-1(a) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the Parties wish to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss; and

WHEREAS, the relief requested will have no impact on the hearing date scheduled by the Court;

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

1 THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES
2 HERETO, by and through their respective counsel, that the deadline for Plaintiff to file a
3 responsive pleading to Defendant's Motion to Dismiss, currently set for June 9, 2023, be
4 continued by thirty (30) days to July 10, 2023.
5 IT IS SO STIPULATED.
6 //
7 //
8 //
9 Dated:  June 7, 2023

LAW OFFICES OF VERNON C. GOINS II
 /s/ *Vernon C. Goins II*

VERNON C. GOINS II
WILLIAM W. CASTILLO GUARDADO

CENTER FOR EMPLOYMENT JUSTICE

/s/ *Pamela M. Keith*
PAMELA M.  KEITH
(*Admitted pro hac vice*)

Attorneys for Plaintiff
ANTOINETTE DICKENS

DATED:  June 7, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Thomas M. McInerney*

THOMAS M. MCINERNEY
GRAHAM M. HELM
Attorneys for Defendant
NXP USA, Inc.

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  June 7, 2023

> /s/ *Pamela M. Keith*
> Pamela M. Keith
> CENTER FOR EMPLOYMENT JUSTICE
> 650 Massachusetts Ave. NW
> Suite 600
> Washington, DC 20001
> (202) 800-0292
> pamkeith@centerforemploymentjustice.com
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of June, 2023, I caused a copy of the foregoing Joint Stipulation for Extension of Time for Plaintiff to File her Response to Defendant's Motion to Dismiss, on Defendant via electronic filing:

THOMAS M. MCINERNEY
GRAHAM M. HELM
thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810
415-442-4870 (fax)
Counsel for NXP USA Inc.

> /s/ *Pamela M. Keith*
> Pamela M. Keith (*pro hac vice*)

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710