1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:    415-442-4810
5  Facsimile:    415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8  

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>        Plaintiff,<br><br>    v.<br><br>NXP SEMICONDUCTORS,<br><br>        Defendant. | Case No. 5:23-cv-01073-BLF<br><br>**DECLARATION OF THOMAS M. MCINERNEY IN RESPONSE TO PLAINTIFF'S PURPORTED "JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS"**<br><br>Date:       November 2, 2023<br>Time:       9:00 a.m.<br>Location:   Via Remote Appearance<br>            Courtroom 3, San Jose Courthouse<br><br>Complaint Filed:  March 9, 2023<br>Trial Date:       None Set<br>Judge:            Hon. Beth L. Freeman |

Case No. 5:23-cv-01073-BLF
DECLARATION OF THOMAS M. MCINERNEY IN RESPONSE TO PLAINTIFF'S PURPORTED "JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS"

I, Thomas M. McInerney, declare as follows:

1. I am an attorney duly licensed by the State Bar of California to practice law in California and I am also admitted to practice law in this Court, as well as all other federal district courts in California and the Ninth Circuit Court of Appeals. I am lead counsel for defendant NXP USA, Inc. ("NXP USA"), the defendant in this action.

2. Counsel for plaintiff Antoinette Dickens filed with this Court on June 7, 2023 (Doc. 19) what she represented was a "Joint Stipulation To Extend Time For Plaintiff To File Response to Defendant's Motion to Dismiss." This "stipulation" purports to contain my electronic signature and represents to the Court that the parties were "jointly" requesting a change in the briefing schedule as set forth in the pleading. However, plaintiff's counsel never provided a draft of this document to me before it was filed and I never saw it until after it was filed. I also never agreed to the terms of the stipulation as represented by counsel. While plaintiff's counsel filing claims that she had the concurrence of signatories had been obtained before filing, that statement is flatly untrue. I believe this misrepresentation that she had my authorization to file this document with my signature and that I agreed with its contents violates N.D. Cal. Civ. L.R. 5-1(h)(3).

3. On Friday, June 2, 2023, at 12:27 p.m. PT, plaintiff's counsel emailed me and requested that I stipulate to a "Motion to Enlarge Time" to allow her an additional 30 days to respond to our Motion to Dismiss. She stated that the reason she needed this extension is that the current briefing schedule conflicted with unspecified matters on her schedule and she needed the additional time "to gather information necessary to respond" to our motion. That same afternoon I responded to her email as follows: "Pam, this is acceptable to us, and we would request a 14-day extension of the deadline to file our reply. Can you prepare and send to me a draft stipulation and proposed order?" Attached at Exhibit A is a true and correct copy of this email exchange.

4. Ms. Keith never responded to my email, nor did she send me a draft stipulation or proposed order as I requested. Instead, she waited until today, June 7, to file the above-mentioned pleading, which made no mention of my request that defendant be afforded an additional 14 days to file the reply brief and which falsely represented that I had reviewed and agreed to her draft

stipulation.  Her filing also fails to comply with N.D. Cal. Civ. L.R. 6-2 as it is not accompanied by a declaration setting forth the "with particularity" the reasons for her request, nor the other information required by this local rule.

5. While I understand that the Court granted this request before I had an opportunity to submit this declaration—presumably based on the understandable belief that the parties had stipulated to the extension—we would request that the Court rescind its order granting the extension and instead have the parties prepare an actual stipulation with input from both parties.  As noted, defendant remains willing to work out the terms of a proposed stipulation, but only after having an opportunity to review and provide input into said stipulation.  While the Court appears inclined to grant counsel's request, defendant requests that the Court condition any extension on a reasonable and mutual 14-day extension of time for defendant to file its reply brief, in light of the fact that the hearing on this motion is not until November 2, 2023.  If the Court would prefer that defendant prepare a stipulation pursuant to Civ. L.R. 6-2 regrading this extension, defendant will do so.

I declare under penalty of perjury pursuant to the laws of California and the United States that the foregoing is true and correct and is executed this 7th day of June, 2023, at San Anselmo, California.

_____
Thomas M. McInerney

# EXHIBIT A

-----Original Message-----
From: McInerney, Thomas M.
Sent: Friday, June 2, 2023 2:17 PM
To: Pamela Keith <pamkeith@centerforemploymentjustice.com>
Subject: RE: Consent for Motion to Enlarge Time

Pam, this is acceptable to us, and we would request a 14-day extension of the deadline to file our reply.  Can you prepare and send to me a draft stipulation and proposed order?

Thank you.

Tom

Thomas (Tom) M. McInerney | Ogletree Deakins One Embarcadero Center, Suite 900 | San Francisco, CA 94111 | Telephone: 415-442-4871 | Mobile: 415-350-8312 thomas.mcinerney@ogletree.com | www.ogletree.com | Bio


-----Original Message-----
From: Pamela Keith <pamkeith@centerforemploymentjustice.com>
Sent: Friday, June 2, 2023 12:27 PM
To: McInerney, Thomas M. <Thomas.McInerney@ogletreedeakins.com>
Subject: Consent for Motion to Enlarge Time

[Caution: Email received from external source]

Hello Tom:

I am writing to ask for your consent to a Motion to Enlarge Time to respond to your Motion to Dismiss of 30 days.  The reason for this request is conflicts in my schedule and time needed to gather information necessary to respond.  Please let me know if you consent, as I plan on filing the Motion on Monday.