VERNON C. GOINS II (SBN 195461)
vgoins@goinslawfirm.com
WILLIAM W. CASTILLO GUARDADO (SBN 294159)
wcastillo@goinslawfirm.com
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Suite 450
Oakland, CA 94612
Telephone:     (510) 663-3700
Facsimile:      (510) 663-3710

PAMELA M. KEITH (D.C. Bar No. 448421)
PamKeith@CenterforEmploymentJustice.onmicrosoft.com
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Telephone:     (202) 800-0292
Facsimile:      (202) 807-5725
*Pro Hac Vice*

Attorneys for Plaintiff
ANTOINETTE DICKENS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>Defendant. | Case No.: 5:23-cv-01073-BLF<br><br>**NOTICE OF WITHDRAWAL OF JOINT STIPULTION TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: March 9, 2023<br>Trial Date: None Set<br>Judge: Hon. Beth L. Freeman |

Plaintiff, Antoinette Dickens, by and through undersigned counsel, files this NOTICE OF WITHDRAWAL of Joint Stipulation, and states that due to errors in the filing, she will refile the stipulation once corrected.

Respectfully submitted,

/s/ *Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE

Vernon Goins II

LAW OFFICES OF VERNON GOINS

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of June, 2023, I caused a copy of the foregoing Noitce of Withdrawal of Joint Stipulation for Extension of Time for Plaintiff to File her Response to Defendant's Motion to Dismiss, on Defendant via electronic filing:

THOMAS M. MCINERNEY
GRAHAM M. HELM
thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810
415-442-4870 (fax)
Counsel for NXP USA Inc.

/s/ *Pamela M. Keith*
Pamela M. Keith (*pro hac vice*)

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710