1  VERNON C. GOINS II (SBN 195461)
   vgoins@goinslawfirm.com
2  WILLIAM W. CASTILLO GUARDADO (SBN 294159)
3  wcastillo@goinslawfirm.com
   LAW OFFICES OF VERNON C. GOINS
4  1970 Broadway, Suite 450
   Oakland, CA 94612
5  Telephone:    (510) 663-3700
6  Facsimile:    (510) 663-3710

7  PAMELA M. KEITH (D.C. Bar No. 448421)
   PamKeith@CenterforEmploymentJustice.onmicrosoft.com
8  CENTER FOR EMPLOYMENT JUSTICE
9  650 Massachusetts Ave. NW
   Suite 600
10 Washington, DC 20001
11 Telephone:    (202) 800-0292
   Facsimile:    (202) 807-5725
12 *Pro Hac Vice*

13 Attorneys for Plaintiff
   ANTOINETTE DICKENS
14

15

16 THOMAS M. MCINERNEY (CA BarNo.162055)
   thomas.mcinerney@ogletree.com
17 GRAHAM M. HELM (CA Bar No. 316002)
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
18 P.C.
   One Embarcadero Center, Suite 900
19 San Francisco, CA  94111
   (415) 442-4810
20 (415)442-4870

21 Attorneys for Defendant
22 NXP USA, INC. (erroneously sued as
   NXP SEMICONDUCTORS)

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff*,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant*. | Case No.: 5:23-cv-01073-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

Plaintiff ANTOINETTE DICKENS ("Plaintiff") and defendant NXP USA, INC. (erroneously sued as NXP SEMICONDUCTORS) ("NXP USA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss on May 26, 2023; and

WHEREAS, per U.S. District Court for the Northern District of California Civ. L.R. 7-3(a), Plaintiff's response is currently due on June 9, 2023; and

WHEREAS, per Civ. L.R. 7-3(c), NXP USA's reply brief is currently due on June 16, 2023;

WHEREAS, Plaintiff seeks the additional time to file her response because of scheduling conflicts related to the discovery schedule in *Plush v. ServeTech, Inc.*, 1:21-CV-02013 (RDB)(S.D. Md.); and *Lockerman v. District of Columbia*, 2022 CA 003023 B (D.C. Sup. Ct.), and because

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

Plaintiff claims that she requires additional time to investigate and respond to the documents filed in support of Defendant's Motion, including what she claims is time to secure affidavits from persons who may be located in different local and overseas locations, that may be filed with her response; and

WHEREAS, by stipulating herewith, NXP USA does not necessarily agree that such added time is warranted or that any such declarations are admissible, but is willing to consent to this extension of time as an accommodation to Plaintiff's counsel;

WHEREAS, accompanying this stipulation is the required declaration prepared by Plaintiff's counsel as required by Civ. L.R. 6-2(a);

WHEREAS, in accordance with Civil Local Rule 6-1(a) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the Parties wish to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss; and

WHEREAS, the parties jointly request an additional fourteen (14) days for Defendant to file its Reply to Plaintiff's Response; and

WHEREAS, the relief requested will have no impact on the hearing date scheduled by the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, by and through their respective counsel, request that the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss, currently set for June 9, 2023, be continued by thirty (30) days to July 10, 2023 and that NXP USA's reply brief will be due July 31, 2023.

IT IS SO STIPULATED.

Dated: June 9, 2023

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

|     |                       |                                                    |
|-----|-----------------------|----------------------------------------------------|
|     |                       | LAW OFFICES OF VERNON C. GOINS II                  |
|     |                       | /s/ *Vernon C. Goins II*                           |
|     |                       | VERNON C. GOINS II                                 |
|     |                       | WILLIAM W. CASTILLO GUARDADO                       |
|     |                       | CENTER FOR EMPLOYMENT JUSTICE                      |
|     |                       | /s/ *Pamela M. Keith*                              |
|     |                       | PAMELA M. KEITH                                    |
|     |                       | (*Admitted pro hac vice*)                          |
|     |                       | Attorneys for Plaintiff                            |
|     |                       | ANTOINETTE DICKENS                                 |
|     | DATED: June 9, 2023   | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.     |
|     |                       | By:  /s/ *Thomas M. McInerney*                     |
|     |                       | THOMAS M. MCINERNEY                                |
|     |                       | GRAHAM M. HELM                                     |
|     |                       | Attorneys for Defendant                            |
|     |                       | NXP USA, Inc.                                      |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  June 9, 2023

>  /s/ *Pamela M. Keith*
> Pamela M. Keith
> CENTER FOR EMPLOYMENT JUSTICE
> 650 Massachusetts Ave. NW
> Suite 600
> Washington, DC 20001
> (202) 800-0292
> pamkeith@centerforemploymentjustice.com
> *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of June, 2023, I caused a copy of the foregoing Joint Stipulation for Extension of Time for Plaintiff to File her Response to Defendant's Motion to Dismiss, on Defendant via electronic filing:

THOMAS M. MCINERNEY
GRAHAM M. HELM
thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810
415-442-4870 (fax)
Counsel for NXP USA Inc.

/s/ *Pamela M. Keith*
Pamela M. Keith (*pro hac vice*)

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>  *Plaintiff*,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>  *Defendant*. | Case No.: 5:23-cv-01073-BLF<br><br>[~~PROPOSED~~] **ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

### ~~PROPOSED~~ ORDER

UPON CONSIDERATION of the foregoing Joint Stipulation to Extend the Time for Plaintiff to File Response to Defendant's Motion to Dismiss by thiry (30) days, it is this _9_ day of _June_, 2023, hereby ORDERED, that the Stipulation is accepted and the Plaintiff's response is now due on or before July 10, 2023. Defendant's reply will be due on or before July 31, 2023.

SO ORDERED,

_____
Judge Beth L. Freeman

Copies to:

Attorneys of Record

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff*,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant*. | Case No.: 5:23-cv-01073-BLF<br><br>**DECLARATION OF PAMELA M. KEITH IN SUPPORT OF THE PARTIES' STIPULATIONTO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

**DECLARATION PURSUANT TO LOCAL RULE 6-2(a)**

Counsel for Plaintiff submits the following declaration pursuant to Local Rule 6-2(a), and states as follows:

1. Plaintiff seeks the additional time to file her response because of scheduling conflicts related to the discovery schedule in *Plush v. ServeTech, Inc.*, 1:21-CV-02013 (RDB)(S.D. Md.); and *Lockerman v. District of Columbia*, 2022 CA 003023 B (D.C. Sup. Ct.), and because Plaintiff requires additional time to investigate and respond to the documents filed in support of Defendant's Motion, including time to secure affidavits from persons who may be located in different local and overseas locations, that may be filed with her response.

2. The only previous extension of time that this case was for Defendant to file its response to the Complaint.

3. The relief requested will have no impact on the Court's schedule in this case.

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

Dated: June 9, 2023

Respectfully submitted,

/s/ *Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemployentjustice.com
*Counsel for Paintiff*

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710