# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NXP SEMICONDUCTORS,<br><br>　　　　Defendant. | Case No. 23-cv-01073-BLF<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for July 20, 2023, *see* ECF No. 11, is hereby RESET for July 13, 2023 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge