# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NXP SEMICONDUCTORS,<br><br>　　　　Defendant. | Case No. 23-cv-01073-BLF<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE TO NOVEMBER 2, 2023** |

The parties have a Case Management Conference set for July 13, 2023. *See* ECF No. 29. The parties filed a Joint Case Management Statement, in which they requested that scheduling be postponed until the Court has ruled on the pending motion to dismiss. ECF No. 31 at 7. The Court hereby RESETS the Case Management Conference to November 2, 2023, the date of the motion to dismiss hearing.

**IT IS SO ORDERED.**

Dated: July 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge