VERNON C. GOINS II (SBN 195461)
vgoins@goinslawfirm.com
WILLIAM W. CASTILLO GUARDADO (SBN 294159)
wcastillo@goinslawfirm.com
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Suite 450
Oakland, CA 94612
Telephone:   (510) 663-3700
Facsimile:   (510) 663-3710

PAMELA M. KEITH (D.C. Bar No. 448421)
PamKeith@CenterforEmploymentJustice.onmicrosoft.com
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Telephone:   (202) 800-0292
Facsimile:   (202) 807-5725
*Pro Hac Vice*

Attorneys for Plaintiff
ANTOINETTE DICKENS


THOMAS M. MCINERNEY (CA BarNo.162055)
thomas.mcinerney@ogletree.com
GRAHAM M. HELM (CA Bar No. 316002)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
(415) 442-4810
(415)442-4870

Attorneys for Defendant
NXP USA, INC. (erroneously sued as NXP SEMICONDUCTORS)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff*,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant*. | Case No.: 5:23-cv-01073-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: March 9, 2023<br>Trial Date: None Set<br>Judge: Hon. Beth L. Freeman |

Plaintiff ANTOINETTE DICKENS ("Plaintiff") and defendant NXP USA, INC. (erroneously sued as NXP SEMICONDUCTORS) ("NXP USA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss on May 26, 2023; and

WHEREAS, per U.S. District Court for the Northern District of California Civ. L.R. 7-3(a) and the Court's June 9, 2023 order (ECF 28), Plaintiff's response is currently due on July 10, 2023; and

WHEREAS, per Civ. L.R. 7-3(c) and the Court's order (ECF 28), NXP USA's reply brief is currently due on July 31, 2023;

WHEREAS, Plaintiff seeks the additional time to file her response because of a medical emergency in her family that has required her to take substantial time off from work, and because

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

1  Plaintiff claims that she requires an additional two days to file her Opposition to Defendant's
2  Motion to Dismiss; and
3        WHEREAS, by stipulating herewith, NXP is willing to consent to this extension of time
4  as an accommodation to Plaintiff's counsel;
5        WHEREAS, accompanying this stipulation is the required declaration prepared by
6  Plaintiff's counsel as required by Civ. L.R. 6-2(a);
7        WHEREAS, in accordance with Civil Local Rule 6-1(a) of the Local Rules of Practice
8  in Civil Proceedings before the United States District Court for the Northern District of California,
9  the Parties wish to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss; and
10 
11       WHEREAS, the parties jointly request an additional two (2) days for Defendant to file its
12 Reply to Plaintiff's Response; and
13       WHEREAS, the relief requested will have no impact on the hearing date scheduled by
14 the Court;
15 
16       THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE
17 PARTIES HERETO, by and through their respective counsel, r e q u e s t  that the deadline
18 for Plaintiff to file an opposition to Defendant's Motion to Dismiss, currently set for July 10,
19 2023, be continued by two (2) days to July 12, 2023 and that NXP USA's reply brief will be due
20 August 2, 2023.
21 IT IS SO STIPULATED.
22 
23 Dated: July 6th, 2023
24 
25 
26                                LAW OFFICES OF VERNON C. GOINS II

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

        /s/ *Vernon C. Goins II*

VERNON C. GOINS II
WILLIAM W. CASTILLO GUARDADO

CENTER FOR EMPLOYMENT JUSTICE

/s/ *Pamela M. Keith*
PAMELA M. KEITH
(*Admitted pro hac vice*)

Attorneys for Plaintiff
ANTOINETTE DICKENS

DATED: July 6, 2023        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Thomas M. McInerney*

THOMAS M. MCINERNEY
GRAHAM M. HELM
Attorneys for Defendant
NXP USA, Inc.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 6, 2023

        /s/ *Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

## **CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of July, 2023, I caused a copy of the foregoing Joint Stipulation for Extension of Time for Plaintiff to File her Response to Defendant's Motion to Dismiss, on Defendant via electronic filing:

THOMAS M. MCINERNEY
GRAHAM M. HELM
thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810
415-442-4870 (fax)
Counsel for NXP USA Inc.

/s/ *Pamela M. Keith*
Pamela M. Keith (*pro hac vice*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

## PROPOSED ORDER

UPON CONSIDERATION of the foregoing Joint Stipulation to Extend the Time for Plaintiff to File Response to Defendant's Motion to Dismiss by two (2) days, it is this ___ day of _____, 2023, hereby ORDERED, that the Stipulation is accepted and the Plaintiff's response is now due on or before July 12, 2023.  Defendant's reply will be due on or before August 2, 2023.

SO ORDERED,

_____
Judge Beth L. Freeman

Copies to:

Attorneys of Record

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**DECLARATION OF PAMELA M. KEITH IN SUPPORT OF THE PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

### DECLARATION PURSUANT TO LOCAL RULE 6-2(a)

Counsel for Plaintiff submits the following declaration pursuant to Local Rule 6-2(a), and states as follows:

1. Plaintiff seeks the additional time to file her response because her father, who is eighty three (83) years old, and who had been in the hospital since May 15, 2023, was released on June 26, 2023.

2. Three days later, on or about June 30, 2023, while at his dialysis facility, Mr. Keith fell and broke his femur.

3. He was again admitted to the hospital that day, and had surgery on July 1, 2023. He remains in the hospital at this time.

4. Plaintiff's counsel is Mr. Keith's primary care giver, and has been seeing to his needs, as well as trying to ensure he obtains the right rehabilitative care, which has taken away from time to prepare the filing in this, and other cases.

Joint Stipulation to Extend Time for Plaintiff to File Response to
Motion to Dismiss
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 7 -

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

5. This is the second request for enlargement of time filed by Plaintiff.

6. The relief requested for a brief additional two (2) days to file a response will have no impact on the Court's schedule in this case.

Dated: July 6, 2023

Respectfully submitted,

/s/ *Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemployentjustice.com
*Counsel for Paintiff*