VERNON C. GOINS II (SBN 195461)
vgoins@goinslawfirm.com
WILLIAM W. CASTILLO GUARDADO (SBN 294159)
wcastillo@goinslawfirm.com
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Suite 450
Oakland, CA 94612
Telephone:   (510) 663-3700
Facsimile:    (510) 663-3710

PAMELA M. KEITH (D.C. Bar No. 448421)
PamKeith@CenterforEmploymentJustice.onmicrosoft.com
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Telephone:   (202) 800-0292
Facsimile:    (202) 807-5725
*Pro Hac Vice*

Attorneys for Plaintiff
ANTOINETTE DICKENS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT AND DECLARATION OF PAMELA M. KEITH**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:<br>December 21, 2023<br>9:00 am<br>Courtroom 3, San Jose Courthouse<br><br>Complaint Filed:<br>March 9, 2023 |

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

|  |  |
|---|---|
|  | ) Trial Date: |
|  | ) None Set |
|  | ) Judge: Hon. Beth L. Freeman |

PLEASE TAKE NOTICE that on December 21, 2023, at 9:00 am or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Beth Labson Freeman, Courtroom 3, Fifth Floor United States Courthouse, 280 S. 1st St. San Jose, CA 95113, Plaintiff Antoinette Dickens will, and hereby does, move for an order granting her leave to file her First Amended Complaint and ordering that the First Amended Complaint submitted with this motion be deemed filed. This motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities, Plaintiff's First Amended Complaint, and the [Proposed] Order filed herewith, and on all of the files and records of this action, and on any additional material that may be elicited at the hearing of this motion.

Plaintiff asserts that the proposed FAC, which is lodged herewith as Exhibit "1" to the Supporting Declaration of Pamela M. Keith, is entirely compliant with applicable law and otherwise proper and brought in good faith. Moreover, the additional factual allegations clarify matters raised in Defendant's Motion to Dismiss. Furthermore, this motion is being made at an early procedural point, as the Court has not yet ruled on the Defendants' pending Motion to Dismiss, a scheduling conference has not taken place in this matter, and no scheduling order has yet been issued.

//

//

//

Dated: July 17, 2023

<div style="margin-left:40%">

LAW OFFICES OF VERNON C. GOINS II
  /s/ *Vernon C. Goins II*

VERNON C. GOINS II
WILLIAM W. CASTILLO GUARDADO

CENTER FOR EMPLOYMENT JUSTICE

/s/ *Pamela M. Keith*
PAMELA M. KEITH
(*Admitted pro hac vice*)

Attorneys for Plaintiff
ANTOINETTE DICKENS

</div>

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of July, 2023, I caused a copy of the foregoing Plaintiff's Motion for Leave to Amend the Complaint, Declaration of Pamela M. Keith and Proposed Order, on Defendant via electronic filing:

THOMAS M. MCINERNEY
GRAHAM M. HELM
thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810
415-442-4870 (fax)
Counsel for NXP USA Inc.

/s/ *Pamela M. Keith*
Pamela M. Keith (*pro hac vice*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:<br>December 21, 2023<br>9:00 am<br>Courtroom 3, San Jose Courthouse<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR LEAVE TO AMEND THE COMPLAINT**

Comes now Plaintiff Antoinette Dickens (hereinafter "Plaintiff"), by and through undersigned counsel, with her Motion for Leave to Amend the Complaint and states as follows:

**I. INTRODUCTION**

Through this motion, Plaintiff seeks leave to file her First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a). Plaintiff's FAC, filed as Exhibit 1 to the Declaration of Pamela M. Keith, concurrently herewith, removes Plaintiff's claims pursuant to 42 U.S.C. §1981, and adds factual details related to the fact that Defendant operates as a single

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

cohesive enterprise. These details are added in reponse to assertions made in Defendant's Motion to Dismiss. A redlined copy of the proposed FAC is attached to the Declaration of Pamela M. Keith as Exhibit 2.

Plaintiff's FAC is not filed in bad faith, is timely, and does not cause any prejudice to Defendant, and particularly in light of the liberal policy permitting amendments "when justice so requires," should be permitted. *See* FRCP Rule 15(a)(2). Plaintiff has sought Defendant's consent to the relief requested herein, and Defendant was unable to respond prior to the filing of this motion.

## II. STATEMENT OF FACTS

Plaintiff filed this action on March 9, 2023. Defendant filed a Motion to Dismiss on or about May 26, 2023. Defendant attached close to 400 pages of declarations, and ancillary documents, none of which were referenced or incorporated into the Complaint. Defendant's documents were attached for the specific purpose of contradicting facts in the Complaint. At issue, is the question of whether or not Defendant is an "integrated enterprise," such that it can be sued in the United States, and whether the specific facts of the case warrant and justifiy trying the case in this Court. Plaintiff's FAC adds factual detail that aids the Court in deciding this issue. Plaintiff's FAC also removes and voluntarily withdraws her claims pursuant to 42 U.S.C. §1981.

On July 11, 2022, counsel for Plaintiff contacted counsel for Defendant, providing a redlined comparison between the FAC and the Complaint, delineating the proposed amendments. Defendant does not consent to the relief requested. Accordingly, Plaintiff seeks an order permitting her to file her proposed FAC. No initial scheduling conference has been held in this matter, and no trial date has yet been set. No discovery has been conducted or propounded, and no initial

disclosures have been exchanged. Furthermore, no mediations or settlement conferences are currently pending.

### III. ARGUMENT

Federal Rule of Civil Proc. 15(a) provides that leave to amend a pleading "shall be freely given when justice so requires." Courts have repeatedly affirmed that leave to amend is to be granted with "extreme liberality." *DCD Programs, LTD v. Leighton*, 833 F.2d 183, 18 (9th Cir. 1987) (citation omitted); *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) ("Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend."). The primary factors a court will consider in denying a motion for leave to amend are "bad faith, undue delay, prejudice to the opposing party, and futility of amendment." *DCD Programs, supra*, 833 F.2d at 186. None of these factors exist here. Plaintiff's proposed amendment is filed in good faith, is timely, and will not cause undue prejudice to Defendants. Morevoer, this case is at such an early stage of proceedings that there is no straight-faced argument that Defendant is prejudiced by amendment of operative pleading.

A. **The FAC is Filed in Good Faith**

First, Plaintiff's proposed FAC is filed to add facts to clarify the basis of her claim that Defendant is a singular integrated enterprise subject to the jurisdiction of this Court. The FAC adds details about the way Defendant operates, irrespective to how it characterizes its operating entities for tax and financial purposes. Plaintiff also removes claims pursuant to 42 U.S.C. §1981 in response to arguments raised by Defendant. *Cf. Sorosky v. Burroughs Corp.*, 826 F.2d 794, 805 (9th Cir. 1987).

**B.      Plaintiff's Motion is Timely and Will Not Cause Undue Delay or Prejudice**

Pursuant to Fed.R.Civ.P. 15(a)(2), Plaintiff properly seeks leave of the Court to file her FAC, and timely files this Motion. Permitting the FAC will not cause undue delay as discovery has not yet commenced. Accordingly, Defendants will not be prejudiced by an order granting Plaintiff leave to amend.

**C.      Filing the Proposed FAC Is Not Futile**

To show that a proposed amended complaint would be futile, the opposing party must show that, taking the pleaded facts as true, its allegations fail to state a claim as a matter of law. *Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bur.*, 701 F.2d 1276, 1293 (9th Cir. 1983). Otherwise, a plaintiff "ought to be afforded an opportunity to test [her] claim on the merits." DCD Programs, supra, at 188 (quoting *Foman*, 371 U.S. at 182). The additional allegations clarify and elaborate on why Defendant is and should be treated as a single integrated enterprise, and are therefore not futile. The added allegations establish that Defendant has common ownership through its shareholders, and that such shaeholders trade their ownership on the Nasdaq. It futher clarifies that the ultimate decision-makers with respect to Plaintiff's pay and job assignments are in the United States, and that the majority of her work was for United States entities. Finally, the FAC establishes facts relevant to the Court's analysis of Defendant's arguments in the Motion to Dismiss and are thus not "futile."

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant her Motion for Leave to Amend the Complaint.

Dated: July 17, 2023

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:<br>December 21, 2023<br>9:00 am<br>Courtroom 3, San Jose Courthouse<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

### [POPROSED] ORDER

Having considered the arguments raised by Plaintiff in support of her Motion for Leave to Amend the Complaint, and Defendant's Opposition thereto, the Court hereby GRANTS Plaintiff's Motion, and substitutes the First Amended Complaint ("FAC") as the Complaint of record for all matters going forward.

SO ORDERED,

Dated: _____

Honorable Beth Labson Freeman

Law Offices of Vernon C. Goins
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

Copies to:
Attorneys of Record