VERNON C. GOINS II (SBN 195461)
vgoins@goinslawfirm.com
WILLIAM W. CASTILLO GUARDADO (SBN 294159)
wcastillo@goinslawfirm.com
LAW OFFICES OF VERNON C. GOINS
1970 Broadway, Suite 450
Oakland, CA 94612
Telephone:    (510) 663-3700
Facsimile:    (510) 663-3710

PAMELA M. KEITH (D.C. Bar No. 448421)
PamKeith@CenterforEmploymentJustice.onmicrosoft.com
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Telephone:    (202) 800-0292
Facsimile:    (202) 807-5725
*Pro Hac Vice*

Attorneys for Plaintiff
ANTOINETTE DICKENS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS<br><br>*Plaintiff,*<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>*Defendant.* | Case No.: 5:23-cv-01073-BLF<br><br>**DECLARATION OF PAMELA M. KEITH IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:<br>March 9, 2023<br>Trial Date:<br>None Set<br>Judge: Hon. Beth L. Freeman |

*(left margin, vertical text)* **Law Offices of Vernon C. Goins** 1970 Broadway, Suite 450, Oakland, California 94612 Tel. (510) 663-3700; Fax (510) 663-3710

Declaration of Pamela M. Keith in Support of
Plaintiff's Motion for Leave to Amend the Complaint
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 1 -

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

I, PAMELA M. KEITH, do hereby declare as follows:

1.      I am an attorney admitted *pro hac vice* in the above entitled-action.

2.      I have personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

3.      I make this declaration in support of Plaintiff Antoinette Dickens ("Plaintiff") Motion for Leave to Amend the Complaint.

4.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff's First Amended Complaint ("FAC").

5.      Attached as **Exhibit 2** is a redline comparison of the First Amended Complaint with the Complaint.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 12th day of July 2023, at Washington, DC.


_____/s/ *Pamela M. Keith*_____
Pamela M. Keith

//

//

//

Dated:  July 12, 2023


LAW OFFICES OF VERNON C. GOINS II

Declaration of Pamela M. Keith in Support of
Plaintiff's Motion for Leave to Amend the Complaint
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 2 -

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

1

  _/s/ *Vernon C. Goins II*_

2

VERNON C. GOINS II

3

WILLIAM W. CASTILLO GUARDADO

4

CENTER FOR EMPLOYMENT JUSTICE

5

/s/ *Pamela M. Keith*

6

PAMELA M.  KEITH
(*Admitted pro hac vice*)

7

8

Attorneys for Plaintiff
ANTOINETTE DICKENS

9

10

DATED:  July 12, 2023        OGLETREE, DEAKINS, NASH, SMOAK &

11

STEWART, P.C.

12

By:  /s/ *Thomas M. McInerney*

13

THOMAS M. MCINERNEY

14

GRAHAM M. HELM
Attorneys for Defendant

15

NXP USA, Inc.

16

17

18

19

20

## **CERTIFICATE OF SERVICE**

21

        This is to certify that on this 12th day of July, 2023, I caused a copy of the foregoing

22

Declaration of Pamela M. Keith in Support of Plaintiff's Motion for Leave to Amend the

23

Complaint, on Defendant via electronic filing:

24

25

26

THOMAS M. MCINERNEY
GRAHAM M. HELM

27

thomas.mcinerney@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART,

28

P.C. One Embarcadero Center, Suite 900
San Francisco, CA  94111
415-442-4810

Declaration of Pamela M. Keith in Support of
Plaintiff's Motion for Leave to Amend the Complaint
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 3 -

1    415-442-4870 (fax)
2    Counsel for NXP USA Inc.

3                                    /s/ *Pamela M. Keith*
4                                    Pamela M. Keith (*pro hac vice*)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

Declaration of Pamela M. Keith in Support of
Plaintiff's Motion for Leave to Amend the Complaint
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Law Offices of Vernon C. Goins**
1970 Broadway, Suite 450, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

Declaration of Pamela M. Keith in Support of
Plaintiff's Motion for Leave to Amend the Complaint
*Antoinette Dickens v. NXP Semiconductors*
USDC-NDCA 5:23-cv-01073-BLF
- 5 -