# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NXP SEMICONDUCTORS,<br><br>　　　　Defendant. | Case No.  23-cv-01073-BLF<br><br>**ORDER STRIKING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT FOR NONCOMPLIANCE WITH THE COURT'S STANDING ORDERS**<br><br>[Re: ECF No. 40] |

On July 31, 2023, Defendant filed an opposition to Plaintiff's motion for leave to amend the Complaint. ECF No. 40. The brief does not comply with the Court's Standing Order Re Civil Cases, which sets a 10-page limit for an opposition to a motion for leave to amend the complaint. *See* Standing Order Re Civil Cases §§ IV.A.1, IV.A.4. The Court STRIKES the opposition. Defendant SHALL file an opposition that complies with the Court's Standing Orders by August 3, 2023.

　　　**IT IS SO ORDERED.**

Dated: August 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge