THOMAS M. MCINERNEY, CA Bar No. 162055
thomas.mcinerney@ogletree.com
GRAHAM M. HELM, CA Bar No. 316002
graham.helm@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendant
NXP USA, Inc. (erroneously sued as
NXP SEMICONDUCTORS)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DICKENS, | Case No. 5:23-cv-01073-BLF |
| Plaintiff, | **DECLARATION OF PETER VAN DISSELDORP IN SUPPORT OF DEFENDANT NXP USA, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER F.R.C.P. 12(B)(6) AND *FORUM NON CONVENIENS*** |
| v. | |
| NXP SEMICONDUCTORS, | |
| Defendant. | |

Date: November 2, 2023
Time: 9:00 a.m.
Location: Via Remote Appearance
Courtroom 3, San Jose Courthouse

Complaint Filed: March 9, 2023
Trial Date: None Set
Judge: Hon. Beth L. Freeman

## DECLARATION OF PETER VAN DISSELDORP

I, Peter van Disseldorp, declare as follows:

1. I am over the age of 18 and am not personally named as a party to the above captioned litigation. I have personal knowledge of all of the facts set forth below, which are based on personal knowledge and/or review of the records created and maintained by NXP Semiconductors Germany GmbH ("NXP Germany") in the regular course of business, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. I make this declaration in support of NXP USA, Inc.'s Motion to Dismiss Plaintiff Antoinette Dickens' Complaint Under F.R.C.P. 12(b)(6) and *Forum Non Conveniens*.

3. I am currently employed by NXP Semiconductors B.V. as Head of the IT Certification organization, which is part of NXP Competence Center Crypto & Security organization ("CCC&S"). The CCC&S is part of the Chief Technology Office and ultimately reports to Chief Technology Officer Lars Reger, who is based in Germany. I report to John Boggie, who reports to Wolfgang Steinbauer, who in turn reports to Lars Reger. The CCC&S and the Chief Technology Office is not part of the Global Security organization and does not report, directly or indirectly, to David Case, who is the Head of Global Security. John Caffrey and John Boggie did not report to NXP USA employees Nick Meadows, Nick Elvrum, or David Case.

4. In late 2022, Antoinette Dickens started reporting to me. In my capacity as the Head of IT Certification, I am generally responsible for making ultimate decisions concerning hiring, termination, work assignments, and performance evaluations within the IT Certification organization, including such decisions concerning Antoinette Dickens. Lars Reger—not Human Resources in Germany or the U.S.—is ultimately responsible for making decisions concerning promotions and compensation within the CCC&S. Human Resources supports the business leaders in making decisions concerning hiring, termination, compensation and promotion, but Human Resources does not have the ultimate authority to make those types of decisions. I am not aware of any U.S. Human Resources personnel being involved with employee relations within the CCC&S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this __2_ day of August_,

1 | 2023, at Eindhoven, the Netherlands.

_____
Peter van Disseldorp

57519156.v1-OGLETREE