1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:    415-442-4810
5  Facsimile:    415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS,               | Case No. 5:23-cv-01073-BLF
12 |         Plaintiff,                | **DECLARATION OF GRAHAM M. HELM IN SUPPORT OF DEFENDANT NXP USA, INC.'S OPPOSITION TO PLAINTIFF ANTOINETTE DICKENS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**
13 |     v.                            |
14 | NXP SEMICONDUCTORS,               |
15 |         Defendant.                | Date:      December 21, 2023
                                         Time:      9:00 a.m.
16                                       Location:  Courtroom 3, San Jose Courthouse

17                                       Complaint Filed: March 9, 2023
                                         Trial Date:      None Set
18                                       Judge:           Hon. Beth L. Freeman

19
20
21
22
23
24
25
26
27
28

Case No. 5:23-cv-01073-BLF
DECLARATION OF GRAHAM M. HELM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

# DECLARATION OF GRAHAM M. HELM

I, Graham M. Helm, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California, and an attorney at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for defendant NXP USA, Inc. (erroneously sued as NXP SEMICONDUCTORS) ("NXP USA" or "Defendant") in this action. I have personal knowledge of all of the facts set forth below, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to Amend the Complaint (the "Motion").

3. On May 9, 2023, I accessed the State of Delaware, Department of State Division of Corporation website, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx. I performed a business entity search for "NXP USA, Inc.", clicked on the search result for the entity name "NXP USA, Inc.," and then printed the webpage of the entity details for NXP USA, Inc. Attached as **Exhibit 2** to Defendant's Request for Judicial Notice in Support of the Motion filed concurrently herewith ("Defendant's RJN") is a true and correct copy of the webpage entity details for NXP USA, Inc. that I accessed and printed.

4. On May 9, 2023, I accessed the State of California, Office of the Secretary of State website, https://bizfileonline.sos.ca.gov/search/business. Using the Business Search, I performed a search for "NXP USA, Inc.", clicked on the search result for the entity name "NXP USA, Inc.," and then download the Statement of Information, filed February 20, 2023. Attached as **Exhibit 3** to Defendant's RJN is a true and correct copy of NXP USA, Inc.'s Statement of Information, filed February 20, 2023, that I accessed and downloaded.

5. On May 9, 2023, I accessed the Federal Republic of Germany's Company Register website, https://www.unternehmensregister.de/ureg/index.html?dest=ureg&language=en. Using the Quick search, I performed a search for "NXP Semiconductors Germany GmbH", clicked on the "Register information of the registration court" for the entity named "NXP Semiconductors Germany GmbH", clicked on the "Display registration information" and then downloaded "current

1  hard copy printout" of the current registration content.  Attached as **Exhibit 4** to Defendant's RJN
2  is a true and correct copy of NXP Semiconductors Germany GmbH's Registration Information that
3  I accessed and downloaded.  Attached as **Exhibit 5** to Defendant's RJN is a true and correct copy
4  of NXP Semiconductors Germany GmbH's Registration Information translated into English with
5  the translation certification.

6         6.     On May 11, 2023, I accessed the Delaware Secretary of State's Entity Search
7  webpage, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.  Using the Entity
8  Search, I performed a search for "NXP Semiconductors Germany" and printed the search results.
9  Attached as **Exhibit 6** to Defendant's RJN is a true and correct copy of the Entity Search results for
10 "NXP Semiconductors Germany" that I printed.

11        7.     On May 11, 2023, I accessed the State of California, Office of the Secretary of State
12 webpage, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.  Using the Business
13 Search, I performed a search for "NXP Semiconductors Germany" and printed the search results.
14 Attached as **Exhibit 7** to Defendant's RJN is a true and correct copy of the Business Search results
15 for "NXP Semiconductors Germany" that I printed.

16        8.     On May 22, 2023, I accessed and printed excerpts of the United States Securities
17 and Exchange Form 10-K for NXP Semiconductors N.V., filed on March 1, 2023 ("SEC Form 10-
18 K"), from the SEC Edgar Company Search website,
19 https://www.sec.gov/Archives/edgar/data/1413447/000141344723000006/nxpi-20221231.htm.
20 Attached as **Exhibit 8** to Defendant's RJN is a true and correct copy of the SEC Form 10-K that
21 printed.

22        9.     On May 11, 2023, I also accessed and printed out Exhibits 10.13, 10.14, 10.15, and
23 21.1 to the SEC Form 10-K, which are hyperlinked to the SEC Form 10-K.  Attached as **Exhibits
24 9-12** to Defendant's RJN are true and correct copies of the SEC Form 10-K Exhibits 10.13, 10.14,
25 10.15, and 21.1 that I printed.[1]

26        I declare under penalty of perjury under the laws of the United States of America that the
27

28 [1] Due to printing issues, Exhibit 11 has been modified to omit blank pages.

foregoing is true and correct, and that this declaration was executed on this 3rd day of August, 2023, at San Francisco, California.

_____
GRAHAM M. HELM

57345114.v1-Ogletree