THOMAS M. MCINERNEY, CA Bar No. 162055
thomas.mcinerney@ogletree.com
GRAHAM M. HELM, CA Bar No. 316002
graham.helm@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
NXP USA, Inc. (erroneously sued as
NXP SEMICONDUCTORS)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NXP SEMICONDUCTORS,<br><br>　　　　Defendant. | Case No. 5:23-cv-01073-BLF<br><br>**DECLARATION OF FLORIAN HARTWICH IN SUPPORT OF DEFENDANT NXP USA, INC.'S OPPOSITION TO PLAINTIFF ANTOINETTE DICKENS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>Date:　　　December 21, 2023<br>Time:　　　9:00 a.m.<br>Location:　　Courtroom 3, San Jose Courthouse<br><br>Complaint Filed: March 9, 2023<br>Trial Date:　　None Set<br>Judge:　　　Hon. Beth L. Freeman |

## DECLARATION OF FLORIAN HARTWICH

I, Florian Hartwich, declare as follows:

1. I am over the age of 18 and am not personally named as a party to the above captioned litigation. I have personal knowledge of all of the facts set forth below, which are based on personal knowledge and/or review of the records created and maintained by NXP Semiconductors Germany GmbH ("NXP Germany") in the regular course of business, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. I make this declaration in support of Defendant NXP USA, Inc.'s ("NXP USA") (erroneously sued as NXP Semiconductors) Opposition to Plaintiff's Motion for Leave to Amend the Complaint filed concurrently herewith.

3. I am currently employed by NXP Germany as a Human Resources Manager, CTO and Global Operations. In my capacity as HR Manager, I advise management and employees in all HR-related topics.

4. NXP Germany has five offices – all of which are in Germany. Those offices are located in Hamburg, Munich, Dresden, Nuremburg, and Sindelfingen. I work in the Hamburg office. NXP Germany does not have any offices in the United States.

5. In my role, I am familiar with and have access to the relevant databases and files that NXP Germany maintains in the ordinary course of its business, including, but not limited to, databases and files containing details regarding NXP Germany's business operations, as well as information pertaining to NXP Germany's employees such as Antoinette Dickens. As required by German law, NXP Germany has written employment agreements (the "Employment Contract") or collective agreements with all employees. The employment relationship between NXP Germany and its employees arise from, and are governed by, those Employment Contracts and/or collective agreements. NXP Germany creates a paper employee file for all employees, which includes an employee's Employment Contract. NXP Germany stores and maintains each paper employee file at the work location of that employee. Attached hereto as **Exhibit 1** is a true and correct copy of Antoinette Dickens' Employment Contract with NXP Germany, dated January 12, 2018.

6. NXP Germany creates, keeps, and maintains HR systems that include data and

information for all of NXP Germany's employees such as each employee's name, primary nationality, hire date, citizenship status, direct managers, employer entity, and work location. Entries are made in those HR systems at or near the time by individuals with knowledge of the information being entered, and are kept in NXP Germany's regular course of business. I have reviewed an Employee Details Report, generated on May 2, 2023, that contains a compilation of data from those HR systems. The Employee Details Report shows the following individuals identified in Plaintiff's Complaint were at all relevant times employed by NXP Germany, worked in NXP Germany's Hamburg office, and lived in Germany: Astrid Schweer, Thomas Billeau, Julia Lang, Mathias Wagner, Janin Kaske, and Lars Reger. The Employee Details Report shows that no NXP Germany employees are assigned to work in the United States.

7. Those records also show that Peter van Disseldorp is employed by Semiconductors Netherlands BV and lives and works in the Netherlands; Wolfgang Steinbauer is employed by NXP Semiconductors Austria GmbH & Co KG and lives and works in Austria; John Boggie and Gordon Caffrey are employed by NXP Laboratories UK Ltd. and they live and work in the United Kingdom; Kurt Sievers is employed by NXP Semiconductors N.V. and lives and works in Germany; and Hornyak Gabor is employed by NXP Semiconductors Hungary Ltd. and lives and works in Hungary.

8. The Employee Details Report does not show that NXP Germany ever employed Sherry Alexander, David Case, Nick Meadows, or Nick Elvrum. Christoph Herbst and Michael Sandu were at all relevant times employees of NXP Semiconductors Austria GmbH, and they both lived in Austria and worked in NXP Semiconductors Austria GmbH's office in Gratkorn, Austria. Esther Meenhuys and Olli Hyyppa were at all relevant times employees of NXP Semiconductors Netherlands B.V., and they both lived and worked in the Netherlands.

9. In my role, I am also familiar with the types of electronic devices that NXP Germany provides employees and the locations of where NXP Germany stores files and records, such as employees' e-mails. NXP Germany generally provides laptop computers to employees after they are hired, and cell phones are available for order if necessary. Employees use their laptop computers and/or cell phones to send and receive e-mails in the course of their job duties.

Employees' e-mail files are stored on those electronic devices and on servers located exclusively in the European Union. NXP USA, Inc. does not have access to NXP Germany's employees' e-mail files. Likewise, NXP Germany does not have access to NXP USA, Inc.'s employees' e-mail files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 31st day of July, 2023, at Hamburg, Germany.

_____
Florian Hartwich

57508180.v1-OGLETREE

# EXHIBIT 1

## ANSTELLUNGSVERTRAG

für außertarifliche Angestellte
zwischen der

**NXP Semiconductors Germany GmbH**
(nachstehend "Gesellschaft" genannt)

und

Antoinette Dickens

1. Beginn und Aufgabengebiet

1.1 Antoinette Dickens wird mit Wirkung vom 01.02.2018 im Bereich Business Unit Security & Connectivity als Security Manager für die Gesellschaft tätig.

1.2 Die Gesellschaft ist berechtigt, Antoinette Dickens ein der Vorbildung und den Fähigkeiten entsprechendes anderes Aufgabengebiet zuzuweisen.

1.3 Der Beschäftigungsort ist Hamburg.

2. Arbeitszeit, Bezüge und Bonus

2.1 Die wöchentliche Arbeitszeit beträgt 42,5 Std. Etwaige Mehrarbeit ist mit dem monatlichen Bruttogehalt abgegolten.

2.2 Die Gesellschaft wird Antoinette Dickens für die Tätigkeit jeweils zum Monatsende ein monatliches Bruttogehalt in Höhe von

**Euro 7.360,00**
**(in Worten:**
**siebentausenddreihundertsechzig)**

bargeldlos zahlen.

## EMPLOYMENT CONTRACT

For exempt employees
Between

**NXP Semiconductors Germany GmbH**
(hereinafter referred to as the "company")

and

Antoinette Dickens

1. Start and area of responsibility

1.1 With effect from 01.02.2018 Antoinette Dickens shall work for the company as Security Manager in the Business Unit Security & Connectivity.

1.2 The company is entitled to allocate another area of responsibility to Antoinette Dickens in accordance with her previous training and capabilities.

1.3 The place of work shall be Hamburg.

2. Working time, remuneration and bonus

2.1 The weekly working time shall comprise 42,5 hours. Any additional work shall be compensated with the gross monthly salary.

2.2 At the end of each month the company shall pay Antoinette Dickens for work a gross monthly non-cash salary amounting to

**Euro 7.360,00**
**(in words: seven thousand three**
**hundred sixty) Euro**

Page 2 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

2.3 Die Gesellschaft wird das monatliche Bruttogehalt regelmäßig jährlich unter Berücksichtigung ihrer wirtschaftlichen Situation sowie der individuellen Leistung von Antoinette Dickens überprüfen und ggf. erhöhen.

2.3 The company will annually review the gross monthly salary taking into account its economic situation and the individual performance of Antoinette Dickens and increase this if appropriate.

2.4 Auf dieses Anstellungsverhältnis findet die jeweilige Gehaltssystematik für AT-Mitarbeiter Anwendung. Entsprechend dieser Gehaltssystematik wird Antoinette Dickens in die der Tätigkeit entsprechenden

2.4 The present salary system for exempt employees applies to this employment relationship. In accordance with this salary system, Antoinette Dickens is allocated to the remuneration group which corresponds to her activity:

**Funktionsgruppe G3**

G3

eingruppiert.

2.5. Antoinette Dickens erhält gemäß jeweils gültiger betrieblicher Regelung einen erfolgsabhängigen Bonus.

2.5 Antoinette Dickens receives a performance-based bonus according to the current version of the applicable operational regulation.

3. Arbeitsunfähigkeit und Gehaltszahlung im Todesfalle

3. Inability to work and payment of salary in the event of death

3.1 Durch Krankheit bedingte Arbeitsunfähigkeit und deren voraussichtliche Dauer wird Antoinette Dickens der Gesellschaft unverzüglich mitteilen und auf deren Verlangen eine ärztliche Arbeitsunfähigkeitsbescheinigung einreichen.

3.1 Antoinette Dickens must immediately notify the company of inability to work due to illnesses and its envisaged duration, and submit a medical certificate of inability to work at the request of the company.

3.2 Bei längerer Arbeitsunfähigkeit infolge von Krankheit erhält Antoinette Dickens von der 7. Woche bis zum Ablauf von achtzehn Monaten einen Nettozuschuss, durch den die Differenz zwischen 80 % des Nettogehaltes und dem Bruttokrankengeld der gesetzlichen Krankenkasse ausgeglichen wird. Für die Ermittlung der Differenz zwischen Nettogehalt und Bruttokrankengeld ist der letzte voll abgerechnete Monat vor Ende der

3.2 In the event of longer inability to work as a result of illness, Antoinette Dickens shall as of the 7th week until the end of a period of 18 months, receive a net allowance, which compensates the difference between 80% of net salary and the gross sickness payments from the statutory health insurance company. For determining the difference between the net salary and gross sickness payments,

Page 3 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

| | |
|---|---|
| Gehaltsfortzahlung im Krankheitsfall maßgeblich. Das Bruttokrankengeld der gesetzlichen Krankenversicherung dient auch bei Privatversicherten als Berechnungsgröße. Die auf den Zuschuss entfallenden Steuern trägt die Gesellschaft. | the last fully paid month before the end of continued salary payment in the event of illness is decisive. The gross sickness pay from statutory health insurance also serves as the basis of calculation for privately insured persons.<br>The company shall pay the taxes due on the allowance. |
| Der Krankengeldzuschuss wird für dieselbe Krankheit innerhalb eines Zeitraums von 3 Jahren ab Krankheitsbeginn nur einmal gezahlt. Diese Leistung wird frühestens für die Zeit nach Ablauf der Probezeit, längstens bis zur Beendigung des Anstellungsverhältnisses erbracht. | The sick pay allowance will only be paid once for the same illness within a period of 3 years from the start of the illness. T payment will be made at the earliest for the period following the completion of the probationary period and at most until the end of the employment relationship. |
| 3.3 Verstirbt Antoinette Dickens während der Dauer des Anstellungsverhältnisses, so wird das Bruttogehalt an die unterhaltsberechtigten Hinterbliebenen für den Sterbemonat und die folgenden drei Monate fortgezahlt. | 3.3 If Antoinette Dickens dies during the course of the employment relationship, the gross salary will be paid to her surviving dependants who are entitled to maintenance for the month in which death occurred and the following three months. |
| 4. Urlaub | 4. Holidays |
| Der volle Urlaubsanspruch beträgt für das Kalenderjahr 30 Arbeitstage. | The employee's full holiday entitlement is 30 working days per calendar year. |
| Er wird erstmalig nach sechsmonatigem Bestehen des Anstellungsverhältnisses erworben. | This will come into effect only after the employment relationship has been in existence for six months. |
| Innerhalb der ersten sechs Monate des Anstellungsverhältnisses sowie im Austrittsjahr hat Antoinette Dickens für jeden vollen Monat einen Anspruch auf 1/12 des Urlaubs. Gesetzliche Ansprüche bleiben unberührt. Soweit der Urlaub nicht genommen wurde, verfällt der Urlaubsanspruch am 31.03. des Folgejahres. | Within the first six months of the employment relationship, as well as in the year of leaving, Antoinette Dickens shall be entitled to 1/12 of the holidays for each full month. Legal entitlements are unaffected by this. If the holidays are not taken, the holiday entitlement lapses on 31.03. of the following year. |
| Das Urlaubsjahr ist das Kalenderjahr. | The holiday year is the calendar year. |

Page 4 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

| | |
|---|---|
| Für nicht genommenen Urlaub ist - außer in den gesetzlich vorgesehenen Fällen - keine Urlaubsabgeltung zu zahlen. | No payment in lieu of holidays is made for holidays that are not taken - except in the legally stipulated cases. |
| 5. Dienstreisen | 5. Business trips |
| Für Dienstreisen gilt die jeweilige Reiseregelung der Gesellschaft. | For business trips the relevant travel regulations of the company apply. |
| 6. Geheimhaltung, Erfindungen | 6. Confidentiality, inventions |
| 6.1 Antoinette Dickens verpflichtet sich, über alle im Rahmen der Tätigkeit zur Kenntnis gelangten Geschäfts- und Betriebsgeheimnisse, auch solcher der mit der Gesellschaft verbundenen Unternehmen, Stillschweigen zu bewahren. Die Geheimhaltungspflicht bleibt auch nach Beendigung des Anstellungsverhältnisses bestehen. Im Falle der Zuwiderhandlung gegen diese Pflicht ist eine Vertragsstrafe in Höhe des dreifachen zuletzt bezogenen Nettomonatsgehaltes zu zahlen. Darüber hinaus behält sich die Gesellschaft vor, weitergehende Ansprüche gegen Antoinette Dickens geltend zu machen. | 6.1 Antoinette Dickens shall keep confidential all business and operating secrets, including those of enterprises associated with the company, with which he/she has become acquainted with within the context of her work. The confidentiality obligation also remains in force after the termination of the employment relationship. In the event of infringement of this obligation, a contractual penalty shall be paid, amounting to three times the last net monthly salary drawn by the employee. In addition, the company reserves the right to enforce further claims against Antoinette Dickens. |
| 6.2 Für die während der Dauer des Arbeitsverhältnisses gemachten Erfindungen gelten die gesetzlichen Bestimmungen über Arbeitnehmererfindungen. | 6.2 The legal regulations concerning employee inventions shall apply to any inventions made during the course of the employment relationship. |
| Für die unter das Urheberrecht fallenden technischen, wissenschaftlichen, literarischen, grafischen oder künstlerischen Arbeitsergebnisse, die aus der Tätigkeit bei der Firma entstanden sind räumt Antoinette Dickens der Firma oder ihrem Rechtsnachfolger ohne weitere Erklärung ein weltweites, ausschließliches und unbefristetes Nutzungsrecht für alle bekannten Nutzungsarten ein. Alle Ansprüche von Antoinette Dickens für die Übertragung der obigen Rechte auf die | In the case of items of a technical, scientific, literary, graphic or artistic nature which are produced as a result of activity with the company, and which are subject to copyright, Antoinette Dickens shall grant the company or its legal successor worldwide, exclusive right of usufruct for an unlimited period for all known types of use. All claims on the part of Antoinette Dickens for the transfer of the above rights to the company shall be compensated through the gross monthly |

Page 5 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

| | |
|---|---|
| Firma sind durch das Bruttomonatsgehalt abgegolten. Die vorstehende Vereinbarung behält Gültigkeit auch nach Beendigung dieses Anstellungsvertrages. | salary. The above agreement shall remain valid even after the termination of this employment contract. |
| 7. Nebentätigkeit | 7. Second jobs |
| Jede Nebentätigkeit, die die Arbeitsleistung von Antoinette Dickens oder die Interessen der Gesellschaft bzw. eines mit ihr verbundenen Unternehmens beeinträchtigt, bedarf der vorherigen schriftlichen Zustimmung der Gesellschaft. Gleiches gilt für Vorträge oder Veröffentlichungen, die die Gesellschaft bzw. ein mit ihr verbundenes Unternehmen oder deren Arbeitsgebiet berühren. | Any second job that detracts from the work performance of Antoinette Dickens or the interests of the company or one of its associated enterprises, requires the prior written consent of the company. The same applies to talks or publications, which affect the company or enterprise associated with it, or their sphere of work. |
| 8. Beendigung, Probezeit | 8. Termination, probation period |
| 8.1 Die ersten sechs Monate des Anstellungsverhältnisses gelten als Probezeit mit einer beiderseitigen Kündigungsfrist von einem Monat zum Monatsende. Danach gilt beiderseits eine Kündigungsfrist von drei Monaten zum Monatsende. Verlängert sich die Kündigungsfrist aufgrund gesetzlicher Bestimmungen für die Gesellschaft, so gilt diese Frist auch für eine Kündigung durch Antoinette Dickens. | 8.1. The first six months of the employment contract are deemed a probationary period. The notice period will be 3 months to the end of the month for both parties. If the period of notice is extended for the company as a result of legal regulations, this period also applies to notice given by Antoinette Dickens. |
| 8.2 Die Kündigung bedarf zu ihrer Wirksamkeit der Schriftform. | 8.2 In order to take effect, notice must be given in writing. |
| 8.3 Das Anstellungsverhältnis endet, ohne dass es einer Kündigung bedarf, am Tage vor Beginn des Monats, für welchen erstmals Altersruhegeld oder volle Erwerbsminderungsrente bezogen wird. Das Arbeitsverhältnis endet spätestens mit Ablauf des Monats, in dem der Mitarbeiter die Altersrente in der gesetzlichen Rentenversicherung beanspruchen kann, die ohne Abzüge zu beziehen ist. | 8.3 The employment relationship ends without required notice on the day before the start of the month in which an old-age pension or full reduced working capacity pension is drawn for the first time. The employment will end, at the latest, at the end of the month in which the employee can claim old-age pension from the state pension insurance without deductions. |

Page 6 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

| | |
|---|---|
| 8.4 Beabsichtigt die Gesellschaft, das Anstellungsverhältnis zu beenden, so ist sie berechtigt, Antoinette Dickens von der Arbeit freizustellen. Während der Freistellung ist die Gesellschaft verpflichtet, Antoinette Dickens die Bezüge weiterzugewähren. | 8.4 If the company intends to end the employment relationship, it is entitled to exempt Antoinette Dickens from her work. During the period of exemption the company must continue to pay the Antoinette Dickens her salary. |
| 9. Sonstige Vereinbarungen | 9. Other agreements |
| 9.1 Änderungen, Ergänzungen sowie die Aufhebung dieses Vertrages bedürfen zu ihrer Wirksamkeit der Schriftform. | 9.1 Changes to, additions to, as well as cancellation of this contract must be made in writing in order to take effect. |
| 9.2 Antoinette Dickens wird sofort nach Beendigung des Anstellungsverhältnisses bzw. im Falle der Ziff. 8.4 sofort bei Erklärung der Freistellung alle in seinem Besitz befindlichen der Gesellschaft gehörenden Gegenstände sowie Geschäftspapiere, ohne Zurückbehaltung von Kopien, an die Gesellschaft zurückgeben. Antoinette Dickens verzichtet darauf, Zurückbehaltungsrechte geltend zu machen. | 9.2. Immediately after termination of the employment relationship or, in the event of fig. 8.4 immediately on announcement of exemption, Antoinette Dickens must return all articles as well as business papers, without retaining copies, to the company. Antoinette Dickens shall not enforce retention rights. |
| 9.3 Die Abtretung und die Verpfändung von Ansprüchen aus dem Arbeitsverhältnis bedürfen der vorherigen Zustimmung der Gesellschaft. | 9.3 The assignment and pledging of claims arising out of this employment relationship require the prior consent of the company. |
| 9.4 Ansprüche aus diesem Vertrag verfallen, wenn sie nicht innerhalb von drei Monaten nach Fälligkeit schriftlich geltend gemacht werden. | 9.4 Claims arising out of this contract lapse if they are not enforced in writing within three months of becoming due. |
| 9.5 Dieser Anstellungsvertrag wird bei ausländischen Mitarbeitern wirksam vorbehaltlich der Vorlage einer gültigen Aufenthaltsgenehmigung und Arbeitserlaubnis. | 9.5 In the case of foreign employees, the effectiveness of this employment contract will be subject to the presentation of a valid residency and working permit. |

Page 7 of the employment contract between NXP Semiconductors Germany GmbH and Antoinette Dickens of 09.01.2018

| | |
|---|---|
| 9.6 Wie sich aus beiliegendem Merkblatt ergibt, sind für Sie folgende Dienstzeitdaten festgesetzt: | 9.6 As can be seen from the accompanying memorandum, the following employment dates are set for you: |
| 1. Betriebseintritt: 01.02.2018<br>2. Dienstzeitbeginn: 01.02.2018<br>3. Jubiläumsdatum: 01.02.2018 | 1. Joining the company: 01.02.2018<br>2. Start of employment: 01.02.2018<br>3. Anniversary date: 01.02.2018 |
| Hamburg, 09.01.2018 | Hamburg, 09.01.2018 |
| Dieser Vertrag wird in deutscher und in englischer Sprache erstellt. Im Zweifel hat die deutsche Fassung Vorrang. | This Contract of Employment has been drawn up in German and in English. In case of inconsistency, the German version shall be binding. |

NXP Semiconductors Germany GmbH
ppa.  /  i.V.

*[signatures]*
Annekathrin Mai    Katrin Riebesell

*[signature]* Hamburg 13.01.18 Antonett Dickens
Ort / Datum / Unterschrift

NXP Semiconductors Germany GmbH
Per proxy    Power of attorney

*[signatures]*
Annekathrin Mai    Katrin Riebesell

*[signature]* Hamburg 13.01.2018 Antonett Dickens
Place / Date / Signature

| | |
|---|---|
| Der Mitarbeiter hat ein Exemplar des NXP Verhaltenskodex und der Arbeitsordnung sowie des „Technology, Software or Source Code - Letter of Assurance" erhalten. Mit der Unterschrift unter den Arbeitsvertrag bestätigt er diese Dokumente gelesen zu haben und verpflichtet sich, sich an die dort niedergelegten Regeln und Anweisungen zu halten. | The employee has received a copy of the NXP Code of Conduct, the work rules (Arbeitsordnung) and the „Technology, Software or Source Code - Letter of Assurance". With the signature on the employment contract he acknowledges to have read the documents and that he will adhere to the terms and conditions laid out there. |