# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>    Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>    Defendant. | Case No. 23-cv-01073-BLF<br><br>**ORDER ADMONISHING DEFENDANT RE: OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>[Re: ECF Nos. 43, 44] |

Defendant filed an opposition to Plaintiff's motion for leave to amend the complaint and an accompanying request for judicial notice. ECF Nos. 43, 44. The brief is 10 pages and the request for judicial notice is two pages. The 10-page limit includes the request for judicial notice. *See* Standing Order Re Civil Cases § IV.G. The Court ADMONISHES Defendant. The Court will strike any future briefing that fails to comply with the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
BETH LABSON FREEMAN
United States District Judge