1  THOMAS M. MCINERNEY, CA Bar No. 162055
   thomas.mcinerney@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:   415-442-4810
5  Facsimile:   415-442-4870

6  Attorneys for Defendant
   NXP USA, Inc. (erroneously sued as
7  NXP SEMICONDUCTORS)

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTOINETTE DICKENS, | Case No. 5:23-cv-01073-PCP |
12 |        Plaintiff, | **DEFENDANT NXP USA, INC.'S RE-NOTICE OF MOTION TO DISMISS UNDER F.R.C.P. 12(B)(6) AND *FORUM NON CONVENIENS* (DOCKET NO. 21)** |
13 |     v. |
14 | NXP SEMICONDUCTORS, |
15 |        Defendant. | Date:     October 19, 2023
                         Time:     10:00 a.m.
16                       Location: Courtroom 8, 4th floor
                                   Robert F. Peckham Courthouse,
17                                 280 South First Street,
                                   San Jose, CA, 95113
18
                         Complaint Filed: March 9, 2023
19                       Trial Date:      None Set
                         Judge:           Hon. P. Casey Pitts
20

21

22

23

24

25

26

27

28

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF ANTOINETTE DICKENS AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that in light of the Order Reassigning Case (ECF No. 48), the hearing on defendant NXP USA, Inc.'s (erroneously sued as NXP SEMICONDUCTORS) ("NXP USA" or "defendant") Motion to Dismiss Under Rule 12(b)(6) of the Federal Rules of Civil Procedure and *Forum Non Conveniens* previously filed on May 26, 2023 (ECF No. 21) is hereby re-noticed to be heard on October 19, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable P. Casey Pitts, in the United States District Court for the Northern District of California at the Robert F. Peckham Courthouse, Courtroom 8, located at 280 South First Street, San Jose, CA, 95113.

DATED:  August 25, 2023            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Graham M. Helm
THOMAS M. MCINERNEY
GRAHAM M. HELM
Attorneys for Defendant
NXP USA, Inc. (erroneously sued as NXP SEMICONDUCTORS)

56100477.v1-OGLETREE