UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>    Plaintiff,<br><br>    v.<br><br>NXP SEMICONDUCTORS,<br><br>    Defendant. | Case No. 23-cv-01073-PCP<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>Dkt. No. 37 |

Plaintiff Antoinette Dickens filed this lawsuit against NXP Semiconductors on March 9, 2023, alleging violations of both Title VII and 42 U.S.C. § 1981 that purportedly occurred while she was employed in NXP's Germany office. On May 26, 2023, NXP moved to dismiss Ms. Dickens's complaint on *forum non conveniens* grounds and for failure to state a claim. The Court will hear the pending motion to dismiss on Thursday, October 19, 2023.

On July 17, 2023, Ms. Dickens moved to amend her complaint. Among other modifications, her First Amended Complaint removes her § 1981 claims and includes additional allegations about NXP's United States operations.

As a matter of course, a party may amend its pleading "21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Ms. Dickens would have been able to file the amended complaint as of right had she done so on or before June 16, 2023. After that period, Ms. Dickens may amend her pleading only with NXP's consent or with leave of Court. Fed. R. Civ. P. 15(a)(2). Rule 15 provides, however, that this Court "should freely give leave when justice so requires." *Id.*

Here, justice requires permitting Ms. Dickens to file an amended complaint. Ms. Dickens seeks to amend her complaint to address certain deficiencies identified in NXP's motion to

dismiss. The Federal Rules generally encourage such amendments by permitting them as of right within 21 days of the filing of a motion to dismiss. Although Ms. Dickens did not file an amended complaint within that time period, permitting her to file the amended complaint now will serve the same purpose of allowing the parties and the Court to focus on core legal disputes rather than mere deficiencies in pleading. NXP will not be prejudiced by permitting Ms. Dickens to file an amended complaint, as NXP has had the opportunity to address the legal viability of the claims asserted therein in both its reply in support of the motion to dismiss and its opposition to Ms. Dickens's motion to amend.

For the foregoing reason, Ms. Dickens's motion for leave to amend her complaint is granted. The Clerk shall file the First Amended Complaint. ECF No. 37-2. The Court will treat NXP's pending motion to dismiss as a motion to dismiss the First Amended Complaint, and consider NXP's argument that leave to amend should be denied as futile as an argument that the First Amended Complaint fails to state a claim. At the October 19, 2023 hearing, the parties should be prepared to address whether the First Amended Complaint states a claim for relief, and whether this matter should be dismissed on *forum non conveniens* grounds.

**IT IS SO ORDERED.**

Dated: October 16, 2023

P. Casey Pitts
United States District Judge