UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE DICKENS,<br><br>Plaintiff.<br><br>v.<br><br>NXP SEMICONDUCTORS,<br><br>Defendant. | Case No. 23-cv-01073-PCP<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 60 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Dated: December 14, 2023

Mark B. Busby, Clerk of Court

*Nicole Coleman*

Nicole Coleman
Deputy Clerk